UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA PENA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:24-cv-00855-JLT-CDB <br><br> ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO EXTEND *NUNC PRO TUNC* TIME TO FILE APPLICATION FOR APPROVAL OF MINOR'S COMPROMISE <br><br> (Docs. 24-26) <br><br> **December 12, 2025, Deadline** |

On July 24, 2024, Plaintiffs Mariana Pena, Jose Jimenez Pena, and Melany Jimenez ("Plaintiffs") initiated this action with the filing of a complaint against Defendant the United States of America ("Defendant"). (Doc. 1). After a settlement conference before a Magistrate Judge of this Court, the parties indicated acceptance of the mediator's proposal. Thereafter, the Court ordered Plaintiffs to file an application for approval of minor's compromise consistent with Local Rule 202. (Docs. 20, 23).

Pending before the Court is the Plaintiffs' *ex parte* application to extend the time for Plaintiffs to file their application for approval of minor's compromise, filed on the day of the current deadline, October 24, 2025. (Doc. 24-26). Plaintiffs represent that, as the federal government is currently shutdown and counsel for Defendant is legally prohibited from working on this matter, they have not yet received the "settlement agreement memorializing the terms reached at the conference." (Doc. 24 at 1-2). Plaintiffs assert that, because Defendant is unable

to participate in the litigation during the shutdown, Plaintiffs cannot obtain the settlement agreement and, therefore, could not file a petition consistent with Local Rule 202(b)(2). *Id.* at 2-3. Plaintiffs provide that, once government operations resume and they receive the executed settlement agreement, they will file the required application for approval of minor's compromise within 21 days. *Id.* at 3-4. Plaintiffs attach to their application the declaration of counsel William T. Bandettini. (Doc. 25).

In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the requested extension, here, it should have become apparent to Plaintiffs that they required an extension of time well before the October 24, 2025, filing deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes the Plaintiffs to exercise better care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

In light of the Plaintiffs' representations and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs are granted relief *nunc pro tunc* and shall file the application for approval of minor's compromise no later than **December 12, 2025**.

IT IS SO ORDERED.

Dated:   **October 27, 2025**

UNITED STATES MAGISTRATE JUDGE

2