# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANA PENA, *et al.*, | Case No. 1:24-cv-00855 JLT CDB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS APPROVING MINOR'S COMPROMISE, AND DIRECTING PARTIES TO SUBMIT STIPULATION OF DISMISSAL WITHIN 30 DAYS |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | (Doc. 34) |

Mariana Pena, individually and as guardian ad litem for the minor, and Jose Jimenez Pena, initiated this action on July 24, 2024.  (Doc. 1.)  After a settlement conference on September 23, 2025, the parties accepted the mediator's proposal and, on October 3, 2025, the Court ordered Plaintiffs to file a petition for approval of minor's compromise pursuant to Local Rule 202. (Docs. 20, 23).  After the Court granted Plaintiffs an extension of time (Doc. 27), Plaintiffs filed their petition to approve the minor's compromise on December 11, 2025 (Doc. 33).

On January 20, 2026, the assigned magistrate judge issued findings and recommendations to approve the petition.  (Doc. 34.)  After conducting an analysis of the petition pursuant to *Robidoux v. Rosengren*, 638 F.3d 1177 (9th Cir. 2011), and Local Rule 202, the magistrate judge found the proposed settlement amount is "fair, reasonable, and in the best interests" of the minor Plaintiff, when compared to the recovery in similar actions.  *Id.* at 6-9.  Therefore, the magistrate judge recommended that the Court approve the petition.  *Id.* at 9.

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.  *Id.*  The Court also advised the parties the "failure to file objections within the specified time may result in the waiver of rights on appeal."  *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Neither Plaintiffs nor Defendant filed objections, and the time do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The Findings and Recommendations (Doc. 34) issued on January 20, 2026, are **ADOPTED** in full.

2.    The petition to approve the minor's compromise (Doc. 33) is **GRANTED**.

3.    Plaintiffs' counsel is awarded $27,125.00 in attorney's fees.

4.    The parties are **DIRECTED** to file with the Court a stipulation for dismissal of the action with prejudice within 30 days of entry of this order.

IT IS SO ORDERED.

Dated:    **February 5, 2026**

_____
UNITED STATES DISTRICT JUDGE

2